SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 18, 2009; decided June 25, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 702 (2009)].

Chief Judge LIPPMAN taking no part.

YOKO HENSE, Respondent, v MICHAEL A. HENSE, Appellant.

Decided June 25, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of JAVONE C., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted May 11, 2009; decided June 25, 2009

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.